# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMIR SIDDIQI,<br>an individual,<br><br>                      Petitioner,<br><br>  vs.<br><br>BARCLAYS CAPITAL INC.,<br>a Connecticut corporation,<br><br>                      Respondent. | Civil Case No. 2:13-cv-00634-JAK-AGR<br><br>[Related to Civil Case No. 2:12-cv-09553-JAK-AGR]<br><br>**JUDGMENT   JS-6** |

IT IS HEREBY ADJUDGED and DECREED that the above-captioned action, Civil Case No. 2:13-cv-00634-JAK-AGR, is dismissed with prejudice.

A companion judgment in favor of Barclays Capital Inc. ("Barclays") and against Zamir Siddiqi ("Siddiqi") in conformity with the arbitration award issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Barclays and Siddiqi, entitled *Barclays Capital Inc. v. Zamir Siddiqi,* FINRA Arbitration Case No. 10-02107, shall

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

be entered in related Civil Case No. 2:12-cv-09553-JAK-AGR, entitled *Barclays Capital Inc. v. Zamir Siddiqi.*

IT IS SO ADJUDGED and DECREED.

Dated:  October 29, 2013

_____
John A. Kronstadt
United States District Court Judge

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071